**John R. Ehlschlager et al., complainants, v. West Side Bond & Mortgage Company et al., defendants. L. S. Davis, intervening petitioner and appellee. Appeal of West Side Bond & Mortgage Company, appellant. Gen. No. 34,549.**

Heard in the second division of this court for the first district at the October term, 1930. Opinion filed December 16, 1930. Rehearing denied December 30, 1930.

LeRoy V. Penwell, for appellant; Mark Hannan, of counsel. Eller, Herr & Callahan, for appellee.

Mr. Justice Gridley delivered the opinion of the court.